UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-00013-H-3

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>RANDALL DARRELL RIDDLE,<br>Defendant. | **ORDER GRANTING MOTION TO SEAL<br>SENTENCING MEMORANDUM** |

This matter is before the Court on Defendant's "Motion to Seal Sentencing Memorandum."

FOR GOOD CAUSE SHOWN, the Motion is allowed. The Clerk is directed to seal the Sentencing Memorandum, and accompanying Exhibits, filed at D.E. 48.

SO ORDERED.

This the 4th day of May 2017.

Malcolm J. Howard
Senior United States District Judge

1